Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-482**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
May 14, 2025

## Title

    **Title of Work:** Vintage Record Player

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** February 02, 2016
    **Nation of 1st Publication:** New Zealand

## Author

-     **Author:** Jonah Cornelis van Dongen
    **Pseudonym:** JonahVD, JonahVDGraphics, and Jonah van Dongen
    **Author Created:** 2-D artwork
    **Citizen of:** New Zealand
    **Pseudonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Jonah Cornelis van Dongen
    69 Puhirake Crescent, Pyes Pa, Tauranga, 3112, New Zealand

## Rights and Permissions

    **Name:** Jonah Cornelis van Dongen
    **Email:** jonahvdgraphics@gmail.com
    **Address:** 69 Puhirake Crescent, Pyes Pa
    Tauranga 3112 New Zealand

## Certification

    **Name:** David Denholm

