**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JONAH CORNELIS VAN DONGEN,

    Plaintiff,                                    Case No.: 1:26-cv-02161

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Icicrim |
| 2 | Glueewee |
| 3 | yibaobao |
| 4 | wonderfulso |
| 5 | Bolcguri FGD |
| 6 | TOPEUM |
| 7 | HERDIN GLOBAL |
| 8 | Lensenda |
| 9 | APAREAL |
| 10 | Baiting |
| 11 | Ohhaha-us |
| 12 | VLwingwing |
| 13 | sixorchid |
| 14 | CuteTiger |
| 15 | yyyibo |
| 16 | timepoly |
| 17 | Lrun |
| 18 | Wondervy |
| 19 | Home Co., Ltd. |
| 20 | Sean's Boutique Shop |
| 21 | Electronics Co., Ltd. |
| 22 | Butter |
| 23 | Moonyum |

| 24 | Qeena |
|---|---|
| 25 | catalog ST |
| 26 | ShiPuHuGou |
| 27 | Pick Life |
| 28 | BBoinn |
| 29 | Swift & Smiles |
| 30 | moerub |
| 31 | RY Co., Ltd. |
| 32 | MS Co. Ltd |
| 33 | TY tujuehu CO.LTD |
| 34 | Department shu |
| 35 | Book Of Wilson |
| 36 | Value Cart |
| 37 | HER Tools |
| 38 | pobbo |
| 39 | Quanzhou Yingqi Co. Ltd |
| 40 | aesthetic123 |
| 41 | YAGU Co. ltd |
| 42 | VelvetWhisk |
| 43 | XIXISTARYY SHOP |
| 44 | DIGI2CART |
| 45 | Chruvq |
| 46 | Neon beautiful |
| 47 | Evangeline |
| 48 | Kiaces Jewelry |
| 49 | Camel supermarket |
| 50 | Super Cattle Jewelry |
| 51 | BUFFS JEWELRY |
| 52 | Fashion Loves Jewelry |
| 53 | Farerps |
| 54 | Poto hk |